1

2

3

4

5

Hon. Richard A. Jones

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

KARNAIL SINGH,  et al.,

                          Plaintiffs,

            v.

ERIC HOLDER, et al.,

                          Defendants.

No. C13-950 RAJ

ORDER OF DISMISSAL

14

15    On October 4, 2013, the Court entered an Order to Show Cause (Dkt. #4),

16    ordering Plaintiffs to show cause no later than October 11, 2013, why this action

17
18    should not be dismissed for failing to provide proof of service of the Summons and

19    Complaint upon Defendants pursuant to Fed. R. Civ. P. 4(m), and warning Plaintiffs

20    that absent a timely response to the Order to Show Cause, this action would be

21    dismissed without prejudice.

22    There has been no response to the Court's Order to Show Cause and no proof of

23
24    service has been filed.

25    ///

26    ///

ORDER OF DISMISSAL  –  1

1    NOW, THEREFORE, this matter is DISMISSED without prejudice based on

2  Plaintiffs' failure to prosecute.

3    DATED this 17th day of October, 2013.

4

5

6    _____

7    The Honorable Richard A. Jones
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL  –  2